SANTOS ROACH v. J. J. TERRELL, COMMISSIONER.

No. 1614. Decided January 30, 1907.

**Sale of School Land—Case Followed.**

Writ of mandamus herein against the Commissioner of the General Land Office is refused, following Suares v. Terrell, *ante.* (P. 318.)

Original application by Roach to the Supreme Court for writ of mandamus against Terrell, as Commissioner of the General Land Office.

*Rogan & Simmons, for relator.*

*R. V. Davidson,* Attorney-General, and *Wm. E. Hawkins,* Assistant, for respondent.

GAINES, Chief Justice.—This case presents the same point which was presented in the case of Justo Suares against J. J. Terrell, Commissioner, this day decided, and, for the reasons stated in the opinion in that case, the mandamus is refused.